# EXHIBIT B

**cyberdriveillinois.com is now ilsos.gov**



Office of the Secretary of State Jesse White

## ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

### Corporation File Detail Report

| | |
|---|---|
| File Number | 61188622 |
| Entity Name | DICK'S SPORTING GOODS, INC. |
| Status ACTIVE | |

### Entity Information

| |
|---|
| Entity Type CORPORATION |
| Type of Corp FOREIGN BCA |
| Qualification Date (Foreign) Tuesday, 1 August 2000 |
| State DELAWARE |
| Duration Date PERPETUAL |

### Agent Information

| |
|---|
| Name |

ILLINOIS CORPORATION SERVICE C

Address
801 ADLAI STEVENSON DRIVE
SPRINGFIELD , IL 62703

Change Date
Friday, 31 October 2003

## Annual Report

Filing Date
Thursday, 5 August 2021

For Year
2021

## Officers

President
Name & Address
LAUREN HOBART 345 COURT ST CORAOPOLIS PA 15108

Secretary
Name & Address
JOHN HAYES SAME

Return to Search

File Annual Report

Adopting Assumed Name

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.          Thu Dec 23 2021